IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK A. CLARK, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-632-NJR-DGW |
| ) | |
| DONALD BUNT, ROBERT HERTZ, and) | |
| MADISON COUNTY JAIL, ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motion to Amend/Correct Order Directing Prisoner Payment filed by Plaintiff on October 17, 2014 (Doc. 27), the Motion for Recruitment of Counsel filed by Plaintiff on October 17, 2014 (Doc. 28), the Motion to Enter Exhibits in Support of Motion for Recruitment of Counsel filed by Plaintiff on October 24, 2014 (Doc. 29) and the Motion for Extension of Time filed by Defendants on November 17, 2014 (Doc. 30).

Plaintiff is concerned that his recent transfer to the Western Illinois Correctional Center, from the Madison County Jail, will interfere with the withdrawal of monies form his trust fund account in accordance with 28 U.S.C. § 1915(b)(4) and the District Court's Order dated June 17, 2014 (Doc. 8). Plaintiff is informed that he was not required to pay an initial filing fee; therefore, the deadline contained in the Scheduling Order (Doc. 26) does not apply. In addition, the agency having custody of Plaintiff, the Western Illinois Correctional Center, will automatically forward payments as directed by the Court. The Motion to Amend /Correct Order Directing Prisoner Payment (Doc. 27) is **DENIED AS MOOT**.

Second, Plaintiff seeks recruitment of counsel and has submitted various exhibits in

support (these exhibits are letters to in response to requests for representation in this matter). Plaintiff's Motion for Recruitment of Counsel does not include a page 2 – the page that would outline Plaintiff's education, whether he has been appointed counsel previously, and other reasons why counsel should be recruited. It appears from Document 28 that only the first page of his motion was filed and that the second page (which can faintly be seen in the document filed with the Court) was inadvertently excluded. The Motion for Recruitment of Counsel (Doc. 28) is **TAKEN UNDER ADVISEMENT**. Plaintiff is **ORDERED** to refile this motion, with both pages, by **December 12, 2014.** Plaintiff need not refile the exhibits attached to the Motion. The Motion to Enter Exhibits in Support of Motion for Recruitment of Counsel (Doc. 29) is **GRANTED**. The Clerk is **DIRECTED** to file the exhibits as attachments to the Motion for Recruitment of Counsel (Doc. 28).

Finally, Defendants seek an extension of time to serve their initial disclosures. The Motion (Doc. 30) is **GRANTED**. Defendants to serve their initial disclosure by **December 1, 2014**.

**IT IS SO ORDERED.**
**DATED: November 20, 2014**

                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**